21-1008

Filed 11/3/2021 11:32 AM
Sherry Griffis
District Clerk
Harrison County, Texas

Lori Hightower
Deputy

CAUSE NO. 21-1008

| | | |
|---|---|---|
| ADAM ROBERSON, | § | IN THE 71ST DISTRICT COURT |
| *Plaintiff,* | § § § | |
| V. | § | IN AND FOR |
| KATOCCI DEROY GRIFFIN, and DOUBLE F LOGISTICS, LLC, | § § § § | |
| *Defendants.* | § | HARRISON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ADAM ROBERSON, Plaintiff, and file this his Original Petition over and against KATOCCI DEROY GRIFFIN and DOUBLE F LOGISTICS, Defendants, and for cause of action would respectfully show the Court the following, to-wit:

## PARTIES
### I.

Plaintiff is a resident of Harrison County, Texas.

Defendant, KATOCCI DEROY GRIFFIN, is a resident of Baker, Louisiana, and may be served with process at: 1721 Alabama St, Baker, LA 70714, by certified mail, return receipt requested.

Defendant, DOUBLE F LOGISTICS, LLC, is a foreign limited liability company who does not appear to have a registered agent for service in the State of Texas, and is therefore subject to service upon the Secretary of State under Sec. 17.044 of the Civil Practices and Remedies Code. Its forwarding address is: 16550 Commercial Ave., Baton Rouge, LA 70816.

TRUE AND CORRECT COPY

3

EXHIBIT D

## VENUE
### II.

Venue is proper in Harrison County, Texas, under subsection 15.002(a)(1) of the Texas Civil Practice and Remedies Code, in that all or a substantial part of the events or omissions giving rise to the claim occurred in Harrison County, Texas.

## DISCOVERY
### III.

Plaintiff would request a Level 2 Discovery Control Plan pursuant to Rule 190.3 TRCP.

## FACTS
### IV.

On or about October 9, 2021, Plaintiff was traveling northbound on State Highway 43 just on the outskirts of Marshall, Texas, in his 2007 Toyota Tundra. Defendant, GRIFFIN, a 2016 Freightliner Tractor pulling a 2018 CIMC Trailer, failed to yield the right of way at a stop sign and pulled out directly in front of Plaintiff and caused a collision. Defendant was guilty of negligence and negligence *per se* which proximately caused Plaintiff's injuries and damages.

## RESPONDEAT SUPERIOR
### V.

At all times pertinent herewith, Defendant, GRIFFIN, was in the course and scope of his employment or master-servant relationship with, or was otherwise an agent of Defendant, DOUBLE F LOGISTICS, LLC, and Plaintiff asserts the doctrine of *Respondeat Superior*.

## DAMAGES
### VI.

Plaintiff suffered personal injuries that are still ongoing including medical treatment and costs, lost wage earning capacity, pain and suffering, mental anguish, disfigurement, and physical impairment. Furthermore, Plaintiff suffered property damage to his vehicle, including the actual

TRUE AND CORRECT COPY

damage, towing fees, storage fees, and loss of use, that are still ongoing. These damages are in the past and in the future, and are within the jurisdictional limits of this Court.

## AMOUNT OF DAMAGES
### VII.

Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiff is seeking monetary relief over $200,000 but not more than $1,000,000.

## INTEREST
### VIII.

Plaintiff is entitled to both pre-judgment and post-judgment interest at the highest rates allowed by law or by statute.

## REQUIRED DISCLOSURES
### VIII.

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendant is required to disclose, within thirty (30) days of his/its answer, the information or material described in Rule 194.2 (1)-(12) T.R.C.P.

## DOCUMENTS TO BE USED
### IX.

Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff intends to use all documents exchanged and produced between the parties; including, but not limited to, correspondence and discovery responses, during the trial of the above-entitled and numbered cause.

## JURY DEMAND
### X.

Plaintiff respectfully demands a trial by a jury of his peers, and hereby tenders the requisite fee therefor.

TRUE AND CORRECT COPY

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear herein, and upon final judgment, Plaintiff recover his damages, interest, costs, and such other relief to which he is entitled, both general and special, equitable and legal.

RESPECTFULLY SUBMITTED:

G. R. (RANDY) AKIN, P.C.
ATTORNEY-MEDIATOR
3400 WEST MARSHALL AVENUE
SUITE 300
LONGVIEW, TEXAS 75604
(903) 297-8929
(903) 297-9046 (FAX)
GRA@RANDYAKIN.COM
GREG@RANDYAKIN.COM
WWW.RANDYAKIN.COM

*/s/ RANDY AKIN*
G. R. (RANDY) AKIN
STATE BAR NO. 00954900
GREGORY C. BURTON
STATE BAR NO. 24081679

ATTORNEYS FOR PLAINTIFF

**PLAINTIFF RESPECTFULLY DEMANDS A TRIAL BY A JURY OF HIS PEERS.**

TRUE AND CORRECT COPY

6