IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADAM ROBERSON, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00449-JRG |
| § | |
| KATOCCI DEROY GRIFFIN AND § | |
| DOUBLE F LOGISTICS, LLC, § | |
| § | |
| *Defendants*. § | |
| § | |

# ORDER

Before the Court is the Stipulation of Dismissal With Prejudice (the "Stipulation") filed by Plaintiff Adam Roberson ("Plaintiff") and Defendants Katocci Deroy Griffin and Double F Logistics, LLC (together, "Defendants"). (Dkt. No. 20). In the Stipulation, the parties stipulate to the dismissal of all claims that were, or could have been, asserted by or against each other in this action. (*Id*. at 1).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 6th day of March, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE